UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES LIABILITY INSURANCE
COMPANY,

                      **Plaintiff,**

       **-against-**

SONS & FRIENDS SPORTING CLUB OF
ALTAMIRA, INC.,

                    **Defendant.**

-------------------------------------------------------------------X

**26-CV-02898 (VSB)(SN)**

**ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/28/2026**

**SARAH NETBURN, United States Magistrate Judge:**

On May 5, 2026, Plaintiff filed an affidavit of service showing that Defendant was served with the summons and complaint on April 13, 2026. See ECF No. 7. To date, Defendant has not appeared in this action. Plaintiff is ORDERED to file a letter by Wednesday, June 3, 2026, indicating whether Plaintiff has had any contact with Defendant regarding its response to the complaint and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      May 28, 2026
            New York, New York